# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKHCHAIN SINGH,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH B. EDLOW, et al.,<br><br>Defendants. | Case No. 1:26-cv-02699-JLT-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE STATUS REPORT REGARDING READINESS FOR INITIAL SCHEDULING CONFERENCE<br><br>**DEADLINE: JULY 17, 2026** |

On April 9, 2026, Plaintiff commenced this action. (ECF No. 1.) The initial scheduling conference is scheduled for August 4, 2026. (ECF No. 2.) The Court will generally not hold an initial scheduling conference if one or more defendants have not appeared and answered. At this time, no defendant has answered[1] nor has Plaintiff filed a summons returned executed or other proof of service.

/ / /

/ / /

/ / /

/ / /

[1] The Court observers that an attorney for Government has appeared on the docket on behalf of all Defendants. However, because no formal notice of appearance has been filed, the Court is unsure if such attorney has appeared generally or is appearing specially. Furthermore, given that Defendants are Governmental entities, the Court is aware that such entities have 60 days to answer. Fed. R. Civ. P. 12(a)(3). Yet, without a summons returned executed on the docket, the Court is unable to discern if service actually occurred and if so, when it did.

Therefore, IT IS HEREBY ORDERED that **on or before July 17, 2026**, Plaintiff shall file a status report indicating the status of service upon Defendants; whether Plaintiff is prepared to hold the scheduling conference; whether the scheduling conference should be continued to allow for the Defendants to appear in this action; and/or whether Plaintiff plans to request an entry of default. Plaintiff is also ADVISED that he must comply with Fed. R. Civ. P. 4(m) and should move for an extension should be necessary at this time.

IT IS SO ORDERED.

Dated: **July 14, 2026**

STANLEY A. BOONE
United States Magistrate Judge