ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUKCHAIN SINGH,<br>Plaintiff,<br>v.<br>MERRICK B. GARLAND[1], et al.<br>Defendants. | CASE NO. 1:26-CV-02699-JLT-SAB<br><br>JOINT STIPULATION FOR REMAND AND OF DISMISSAL AND [~~PROPOSED~~] ORDER |

Plaintiff Sukhchain Singh brought this action pursuant to 8 U.S.C. § 1447(b), alleging that the United States Citizenship and Immigration Services ("USCIS") failed to adjudicate his Form N-400, Application for Naturalization, within 120 days after his initial interview. He seeks de novo review of his application and adjudication by this Court. The parties have reached an agreement that will resolve this case in its entirety. Specifically, the parties, by and through their respective counsel, hereby jointly stipulate and move to (1) remand this action to USCIS for further processing. USCIS, through agency counsel, has agreed that it will adjudicate Plaintiff's application for naturalization and schedule Plaintiff for oath ceremony within 45 days after remand; and (2) dismiss this action without prejudice, with all parties to bear their own costs and fees.

Accordingly, the parties have resolved all outstanding allegations and further judicial intervention is unnecessary.

---

[1] In accordance with Fed. R. Civ. P. 25(d), the current holder of the office named in the complaint is substituted for the original defendant.

Respectfully Submitted,

ERIC GRANT
United States Attorney

Dated: July 15, 2026 By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney

Dated: July 15, 2026 By: */s/ Kamal D. Mann (as authorized on July 15, 2026)*
KAMAL D. MANN
Counsel for Plaintiff

[~~PROPOSED~~] ORDER

Based on the foregoing stipulation and for good cause shown, it is hereby ORDERED THAT:

1. This action is hereby remanded to USCIS for further processing to include adjudication of Plaintiff's application for naturalization and scheduling Plaintiff for oath ceremony within 45 days after remand; and
2. This action is dismissed without prejudice, with all parties to bear their own costs and fees.

IT IS SO ORDERED.

Dated: July 16, 2026

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE